UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR246 |
| | ) | |
| v. | ) | |
| | ) | |
| WAYLON HEPPNER, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

      This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 44). The Court has reviewed the record in this case and finds as follows:

      1. On December 8, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, Sections 2461(c), 5872, based upon the defendant's plea of guilty to Counts I, II and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in a Ruger, Model 10-22, .22 caliber rifle, serial number 251-52772; a Remington, Model 870 Express Magnum, 12 gauge shotgun, serial number B273659M; and a Winchester, Model 670-A, 30.06 caliber rifle, serial number G158575, were forfeited to the United States.

      2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on July 2, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on August 31, 2009 (Filing No. 43).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Ruger, Model 10-22, .22 caliber rifle, serial number 251-52772; a Remington, Model 870 Express Magnum, 12 gauge shotgun, serial number B273659M; and a Winchester, Model 670-A, 30.06 caliber rifle, serial number G158575, held by any person or entity, are hereby forever barred and foreclosed.

C. The Ruger, Model 10-22, .22 caliber rifle, serial number 251-52772; a Remington, Model 870 Express Magnum, 12 gauge shotgun, serial number B273659M; and a Winchester, Model 670-A, 30.06 caliber rifle, serial number G158575, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 8th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court